# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ALVIN L. DAVIS**  **PLAINTIFF**
**ADC #097660**

v.     No: 5:19-cv-00347 JM-PSH

**CORRECT CARE SOLUTIONS,** *et al.*     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Davis' motion for partial summary judgment (Doc. No. 17) is denied. The Court further orders that the defendants' motion to extend time to file a response (Doc. No. 27) is denied as moot.

DATED this 21st day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE