# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALVIN L. DAVIS**                                                                                              **PLAINTIFF**
**ADC #097660**

v.                              No: 5:19-cv-00347 JM-PSH

**CORRECT CARE SOLUTIONS,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

The Defendants' motion for partial summary judgment (Doc. No. 23) is granted in part and denied in part. Davis' claims against APN Estella Bland based on his April 2, 2019 encounter with her and her claimed refusal to treat him in June 2019 will proceed; Davis' other § 1983 claims against Bland are dismissed without prejudice due to Davis' failure to exhaust available administrative remedies. Davis' claims against defendants CCS and Wellpath are dismissed without prejudice due

to Davis' failure to exhaust available administrative remedies. Further, the Court declines to exercise jurisdiction over Davis' pendent state law negligence claims against CCS or Wellpath.[1]

DATED this 4th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See ACLU v. City of Florissant,* 186 F.3d 1095, 1098-99 (8th Cir. 1999) ("[W]hen state and federal claims are joined and all federal claims are dismissed on a motion for summary judgment, the state claims are ordinarily dismissed without prejudice to avoid needless decisions of state law . . . as a matter of comity."). *See also Condor Corp. v. City of St. Paul*, 912 F.2d 215, 220 (8th Cir. 1990) ("The judicial resources of the federal courts are sparse compared to the states. We stress the need to exercise judicial restraint and avoid state law issues wherever possible.").