IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ALVIN L. DAVIS                                                                                         PLAINTIFF
ADC #097660

v.                                      No: 5:19-cv-00347 JM-PSH

ESTELLA BLAND                                                                                      DEFENDANT

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Bland's motion for summary judgment (Doc. No. 74) is granted. Davis' pending claims of deliberate indifference against Bland are dismissed with prejudice. The Court declines to exercise jurisdiction over Davis' pendent state law negligence claims against Bland.[1]

DATED this 19th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See ACLU v. City of Florissant,* 186 F.3d 1095, 1098-99 (8th Cir. 1999) ("[W]hen state and federal claims are joined and all federal claims are dismissed on a motion for summary judgment, the state claims are ordinarily dismissed without prejudice to avoid needless decisions of state law . . . as a matter of comity."). *See also Condor Corp. v. City of St. Paul*, 912 F.2d 215, 220 (8th Cir. 1990) ("The judicial resources of the federal courts are sparse compared to the states. We stress the need to exercise judicial restraint and avoid state law issues wherever possible.").