IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ALVIN L. DAVIS**                                                                                        **PLAINTIFF**
**ADC #097660**

v.                          No: 5:19-cv-00347 JM-PSH

**ESTELLA BLAND**                                                                 **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE